**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**EASTERN DISTRICT OF CALIFORNIA DIVISION**

In re: SUNAMOTO, RONALD KENT § Case No. 11-10990
       SUNAMOTO, MARY JANE §
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 28, 2011. The undersigned trustee was appointed on September 19, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $     2,232.89

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 2,232.89 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

Case 11-10990    Filed 07/12/13    Doc 55

6. The deadline for filing non-governmental claims in this case was 02/19/2013 and the deadline for filing governmental claims was 07/27/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $558.22. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $558.22, for a total compensation of $558.22.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $45.52, for total expenses of $45.52.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/09/2013            By: /s/SHERYL A. STRAIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-10990  
**Case Name:** SUNAMOTO, RONALD KENT  
SUNAMOTO, MARY JANE  
**Period Ending:** 05/09/13

**Trustee:** (007560) SHERYL A. STRAIN  
**Filed (f) or Converted (c):** 09/19/12 (c)  
**§341(a) Meeting Date:** 10/26/12  
**Claims Bar Date:** 02/19/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Funds from chapter 13 Trustee (u) (See Footnote) | 0.00 | 2,232.89 | | 2,232.89 | FA |
| 2 | 825 W. CARPENTER AVE., REEDLEY CA | 90,117.00 | 0.00 | | 0.00 | FA |
| 3 | EECU CHECKING | 20.00 | 0.00 | | 0.00 | FA |
| 4 | EECU SAVINGS | 10.00 | 0.00 | | 0.00 | FA |
| 5 | BANK OF THE SIERRA CHECKING | 15.00 | 0.00 | | 0.00 | FA |
| 6 | BANK OF THE SIERRA SAVINGS | 5.00 | 0.00 | | 0.00 | FA |
| 7 | MISC. FURNITURE | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | MISC CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 9 | WEDDING RING | 500.00 | 0.00 | | 0.00 | FA |
| 10 | 2001 CHEVROLET SILVERADO 2500 | 6,310.00 | 0.00 | | 0.00 | FA |
| 11 | 2002 VW NEW BEETLE | 3,015.00 | 0.00 | | 0.00 | FA |
| 12 | 1990 CHEYENNE 20' BOAT | 500.00 | 0.00 | | 0.00 | FA |
| 13 | TIME SHARE @ DIAMOND RESORTS, SAN LUIS BAY | 5,000.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$107,192.00** | **$2,232.89** | | **$2,232.89** | **$0.00** |

RE PROP# 1    13 Plan reviewed.

**Major Activities Affecting Case Closing:**

    ADMIN:

    CLAIMS  
    04.16.13: COMPLETED (ms)  
    02.09.13:  TASKED TO MS

    GENERAL:  
    ASSET FILE -- COMPLETE  
    PREPARED BY TR

    FORM 1 REC:  
    02.13.13:  RECONCILED FORM 1 (JH)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-10990  
**Case Name:** SUNAMOTO, RONALD KENT  
SUNAMOTO, MARY JANE  
**Period Ending:** 05/09/13

**Trustee:** (007560) SHERYL A. STRAIN  
**Filed (f) or Converted (c):** 09/19/12 (c)  
**§341(a) Meeting Date:** 10/26/12  
**Claims Bar Date:** 02/19/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

02.09.13:  TO JRH

ASSETS:

13 FUNDS ON CONVERSION  
10.16.12:  CHAPTER 13 PLAN REVIEWED AS TO THIS ASSET.  SAS

LOCATION:  
04.16.13:  SAS TFR DRAWER (ms)  
02.13.13:  TO ASSET CABINET (JH)  
01/18/13: TRUSTEE CONCLUDE SHELF (tr)

**Initial Projected Date Of Final Report (TFR):**    March 31, 2013          **Current Projected Date Of Final Report (TFR):**    March 31, 2013

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-10990 | | Trustee: | SHERYL A. STRAIN (007560) |
|---|---|---|---|---|
| Case Name: | SUNAMOTO, RONALD KENT | | Bank Name: | The Bank of New York Mellon |
| | SUNAMOTO, MARY JANE | | Account: | ****-******38-66 - Checking Account |
| Taxpayer ID #: | **-***9232 | | Blanket Bond: | $7,500,000.00   (per case limit) |
| Period Ending: | 05/09/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/16/12 | {1} | MICHAEL MEYER, CHAPTER 13 TRUSTEE | CONVERSION~1ST 341 10/26 | 1290-010 | 2,232.89 | | 2,232.89 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001000756088 20121220 | 9999-000 | | 2,232.89 | 0.00 |
| | | | ACCOUNT TOTALS | | 2,232.89 | 2,232.89 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,232.89 | |
| | | | Subtotal | | 2,232.89 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,232.89 | $0.00 | |

{} Asset reference(s)

Case 11-10990    Filed 07/12/13    Doc 55

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-10990  
**Case Name:** SUNAMOTO, RONALD KENT  
SUNAMOTO, MARY JANE  
**Taxpayer ID #:** **-***9232  
**Period Ending:** 05/09/13

**Trustee:** SHERYL A. STRAIN (007560)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****252866 - Checking Account  
**Blanket Bond:** $7,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,232.89 | | 2,232.89 |
| | | | **ACCOUNT TOTALS** | | **2,232.89** | **0.00** | **$2,232.89** |
| | | | Less: Bank Transfers | | 2,232.89 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts : 2,232.89  
Net Estate : $2,232.89

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******38-66 | 2,232.89 | 0.00 | 0.00 |
| Checking # ****252866 | 0.00 | 0.00 | 2,232.89 |
| | $2,232.89 | $0.00 | $2,232.89 |

{} Asset reference(s)

Printed: 05/09/2013 04:14 PM    V.13.13

# Claims Register

## Case: 11-10990    SUNAMOTO, RONALD KENT

Claims Bar Date:  02/19/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | SHERYL A. STRAIN<br><br>575 E. ALLUVIAL AVE., STE 101<br>FRESNO, CA 93720<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>09/19/12 | | $558.22<br>$558.22 | $0.00 | $558.22 |
| | SHERYL A. STRAIN<br><br>575 E. ALLUVIAL AVE., STE 101<br>FRESNO, CA 93720<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>09/19/12 | | $45.52<br>$45.52 | $0.00 | $45.52 |
| 1 | EECU-Visa Processing<br>P O Box 60097<br><br>City Of Industry, CA 91716-0097<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/07/11 | 7410<br><br>DUPLICATED BY #20; THIS CLAIM HAS THE SAME ACCT # AS DEBTOR SCHEDULE AND SAME AMOUNT AS CLAIM #20; DIFFERENT ADDRESSES.  TRUSTEE WILL PAY ON CLAIM NO 20. | $0.00<br>$0.00 | $0.00 | $0.00 |
| 2 | EECU<br>P O Box 5242<br><br>Fresno, CA 93755-5242<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/07/11 | 7410<br><br>DUPLICATED BY #19; THIS HAS A DIFFERENT ACCOUNT NUMBER FROM THE DEBTORS AND THE SAME AMOUNT AS #19. Trustee will pay out on claim no 19 and ignore this claim. | $0.00<br>$0.00 | $0.00 | $0.00 |
| 3 | Internal Revenue Service<br>PO Box 7346<br><br>Philadelphia, PA 19101-7346<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/08/11 | AMENDED BY CLAIM #15 TO $0. | $0.00<br>$0.00 | $0.00 | $0.00 |
| 4 | Discover Bank<br>DB Servicing Corp<br>PO Box 3025<br>New Albany, OH 43054<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/16/11 | 8616 | $7,886.91<br>$7,886.91 | $0.00 | $7,886.91 |
| 5 | Wells Fargo Bank, N.A.<br>Wells Fargo Education Financial Services<br>301 E 58th Street N<br>Sioux Falls, SD 57104<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/18/11 | 4599 | $9,186.08<br>$9,186.08 | $0.00 | $9,186.08 |

# Claims Register

## Case: 11-10990    SUNAMOTO, RONALD KENT

Claims Bar Date: 02/19/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Frank L. Freitas<br>County Tax Collector<br>Rm D-290, County Government Center<br>San Luis Obispo, CA 93408<br><4700-00 Real Property Tax Liens (pre-petition)>, 100 | Secured<br>03/02/11 | 902,010,165<br><br>Secured by real property not administered in this estate. | $62.13<br>$0.00 | $0.00 | $0.00 |
| 7 | Diamond Resorts U.S. Collection Membr Assoc<br>Diamond Resorts International<br>10600 W Charleston Blvd<br>Las Vegas, NV 89135<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/09/11 | 4557<br><br>SCHEDULED AS SECURE BY DEBTOR | $925.25<br>$925.25 | $0.00 | $925.25 |
| 8 | Diamond Resorts San Luis Bay Dev, LLC<br>Diamond Resorts International<br>10600 W Charleston Blvd<br>Las Vegas, NV 89135<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/09/11 | 6507<br><br>SCHEDULED AS SECURE BY DEBTOR | $5,774.72<br>$5,774.72 | $0.00 | $5,774.72 |
| 9 | HSBC Bank Nevada, N.A.<br>c/o Bass and Associates, P.C.<br>3936 E Ft Lowell #200<br>Tucson, AZ 85712<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/10/11 | 6086<br><br>TRANSFERRED TO #17 | $0.00<br>$0.00 | $0.00 | $0.00 |
| 10 | Back Bowl I LLC<br>c/o Weinstein and Riley, PS<br>PO Box 3978<br>Seattle, WA 98124-3978<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/16/11 | 2988<br><br>NOTICES:<br>2001 WESTERN AVE., STE 400; SEATTLE, WA 98121 | $4,562.94<br>$4,562.94 | $0.00 | $4,562.94 |
| 11 | PRA Receivables Management, LLC.<br>PO Box 41067<br><br>Norfolk, VA 23541<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/18/11 | 3604<br><br>TRANSFERRED FROM CHASE BANK | $3,520.41<br>$3,520.41 | $0.00 | $3,520.41 |
| 12 | HSBC Bank Nevada, N.A.<br>c/o Bass and Associates, P.C.<br>3936 E Ft Lowell #200<br>Tucson, AZ 85712<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/10/11 | TRANSFERRED TO #16 | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 11-10990    SUNAMOTO, RONALD KENT

Claims Bar Date: 02/19/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13 | BAC Home Loans Servicing LP<br>Bankruptcy Department<br>7105 Corporate Drive, MS TX2-982-03-03<br>Plano, TX 75024<br><br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>05/10/11 | 7304<br><br>Secured by real property not administered int his estate.<br>NOTICES:<br>400 NATION WAY, MS CA6-919-01-23; SIMI VALLEY, CA 93065 | $278,692.98<br>$0.00 | $0.00 | $0.00 |
| 14 | GE Money Bank<br>Attn: Bankruptcy Department<br>PO Box 960061<br>Orlando, FL 32896-0661<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/27/11 | 5964 | $6,896.58<br>$6,896.58 | $0.00 | $6,896.58 |
| 15 | Internal Revenue Service<br>PO Box 7317<br><br>Philadelphia, PA 19101-7317<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/03/11 | 0709 & 4599<br><br>AMENDS #3 | $0.00<br>$0.00 | $0.00 | $0.00 |
| 16 | Capital One, N.A.<br>c/o Bass and Associates, P.C.<br>3936 E Ft Lowell Rd., Suite 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/02/12 | 6412<br><br>TRANSFER OF #12 | $1,685.68<br>$1,685.68 | $0.00 | $1,685.68 |
| 17 | Capital One, N.A.<br>c/o Bass and Associates, P.C.<br>3936 E Ft Lowell Rd., Suite 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/02/12 | 6086<br><br>TRANSFER OF #9 | $266.85<br>$266.85 | $0.00 | $266.85 |
| 18 | EDUCATIONAL EMPLOYEES CREDIT UNION<br>PO BOX 5242<br>FRESNO, CA 93755-5242<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/21/12 | 8671 | $1,031.52<br>$1,031.52 | $0.00 | $1,031.52 |
| 19 | EDUCATIONAL EMPLOYEES CREDIT UNION<br>PO BOX 5242<br><br>FRESNO, CA 93755-5242<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/21/12 | 1050<br><br>DUPLICATE OF #19; THIS HAS THE SAME ACCOUNT # AS THE DEBTORS' SCHEDULE. | $3,442.39<br>$3,442.39 | $0.00 | $3,442.39 |

# Claims Register

## Case: 11-10990   SUNAMOTO, RONALD KENT

Claims Bar Date: 02/19/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 20 | EDUCATIONAL EMPLOYEES CREDIT UNION<br>PO BOX 5242<br><br>FRESNO, CA 93755-5242<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/21/12 | 1047 | $12,151.45<br>$12,151.45<br>DUPLICATE OF #1; DIFFERENT ADDRESS, BUT SAME AMOUNT | $0.00 | $12,151.45 |
| NOTFILED | DIAMOND RESORTS<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/19/12 | FILED UNSECURE | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | EECU<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>09/19/12 | CO-SIGNED SON'S CHEVY | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | THE CLUB<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/19/12 | TIMESHARE<br>FILED UNSECURE | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | CITI<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/19/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**Case Total:** $0.00   $57,934.52

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-10990  
Case Name: SUNAMOTO, RONALD KENT  
Trustee Name: SHERYL A. STRAIN  

**Balance on hand:**  $            2,232.89

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $            0.00  
Remaining balance:  $            2,232.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - SHERYL A. STRAIN | 558.22 | 0.00 | 558.22 |
| Trustee, Expenses - SHERYL A. STRAIN | 45.52 | 0.00 | 45.52 |

Total to be paid for chapter 7 administration expenses:  $            603.74  
Remaining balance:  $            1,629.15

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $            0.00  
Remaining balance:  $            1,629.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $            0.00  
Remaining balance:  $            1,629.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 57,330.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Discover Bank | 7,886.91 | 0.00 | 224.13 |
| 5 | Wells Fargo Bank, N.A. | 9,186.08 | 0.00 | 261.04 |
| 7 | Diamond Resorts U.S. Collection Membr Assoc | 925.25 | 0.00 | 26.29 |
| 8 | Diamond Resorts San Luis Bay Dev, LLC | 5,774.72 | 0.00 | 164.10 |
| 10 | Back Bowl I LLC | 4,562.94 | 0.00 | 129.66 |
| 11 | PRA Receivables Management, LLC. | 3,520.41 | 0.00 | 100.04 |
| 14 | GE Money Bank | 6,896.58 | 0.00 | 195.98 |
| 16 | Capital One, N.A. | 1,685.68 | 0.00 | 47.90 |
| 17 | Capital One, N.A. | 266.85 | 0.00 | 7.58 |
| 18 | EDUCATIONAL EMPLOYEES CREDIT UNION | 1,031.52 | 0.00 | 29.31 |
| 19 | EDUCATIONAL EMPLOYEES CREDIT UNION | 3,442.39 | 0.00 | 97.82 |
| 20 | EDUCATIONAL EMPLOYEES CREDIT UNION | 12,151.45 | 0.00 | 345.30 |

Total to be paid for timely general unsecured claims:  $ 1,629.15
Remaining balance:  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**